AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Chad Hedgcock<br><br>Defendant | Case: 1:24-mj-182<br>Assigned To: Magistrate Judge Zia M. Faruqui<br>Assign. Date : 5/22/2024<br>Description: COMPLAINT WITH ARREST WARRANT |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Chad Hedgcock

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, or Demonstrating in a Capitol Building.

Date: 05/22/2024

*Issuing officer's signature:* Zia M. Faruqui

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 05/22/2024, and the person was arrested on *(date)* 05/24/2024
at *(city and state)* CHATTANOOGA, TN

Date: 05/24/2024

*Arresting officer's signature:* Terri James

TERRI LYNN M. JAMES, SPECIAL AGENT
*Printed name and title*