UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.:  24-373 (RC) |
| | : | |
| CHAD HEDGCOCK, | : | |
| | : | |
| Defendant. | : | |

**SENTENCING SCHEDULING ORDER**

It is hereby **ORDERED** that the following schedule shall govern the sentencing proceedings in this case:

1. sentencing in this matter is set for **March 3, 2025 at 3:00pm** over **Zoom**;

2. the probation officer assigned to this case shall disclose the draft pre-sentence investigation report to the parties no later than **January 17, 2025**;

3. counsel shall submit objections (if any) to the draft pre-sentence investigation report to the probation officer no later than **January 31, 2025**;

4. the probation officer shall disclose to the parties and file with the Court the final pre-sentence investigation report no later than **February 10, 2025**; and

5. any party wishing to submit a memorandum in aid of sentencing must do so no later than **February 17, 2025**, with all responses (if any) due by **February 24, 2025**, and all such memoranda and responses thereto must cite to supporting legal authority.

**SO ORDERED**.

Dated:  October 17, 2024                                                          RUDOLPH CONTRERAS
                                                                                                  United States District Judge