UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 24-CR-373 |
| : | |
| **CHAD HEDGCOCK,** : | |
| : | |
| : | |
| **Defendant.** : | |

# ORDER

Pursuant to the motion filed by the United States, ECF 21, it is hereby ordered that the Motion to Dismiss the Information pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this _____ day of _____, 2025.

_____
HONORABLE RUDOLPH CONTRERAS
United States District Court Judge